**Joseph FURROW, Plaintiff—Appellant,**

v.

**Barry A. BISSON, Defendant—Appellee.**

**No. 05–56438.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 10, 2006.\*

Filed April 19, 2006.

Joseph Furrow, Los Alamitos, CA, pro se.

Barry A. Bisson, Esq., Law Offices of Dat T. Dang, Westminster, CA, pro se.

Before: KOZINSKI, RYMER and PAEZ, Circuit Judges.

MEMORANDUM \*\*

Appellee's letter dated January 27, 2006, is construed as a Motion for Summary Affirmance. A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**